IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARVIN J. MCLEMORE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-713-M (BH) |
| | § | |
| CITIMORTGAGE, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, *Defendants' Motion to Dismiss*, filed March 28, 2012 (doc. 6) is **GRANTED.** By separate judgment, Plaintiffs' claims against Defendants for suit to quiet title, trespass to try title, violations of the TDCPA, and negligent misrepresentation will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED** this 28th day of February, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS